ELDRIDGE HINDLEY V. THE STATE.

No. 22338. Delivered December 16, 1942.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State,

GRAVES, Judge.

Appellant was convicted of the unlawful sale of a bottle of whisky, in a dry area, and by the court fined the sum of $200.00.

There are no bills of exceptions in the record.

The statement of facts show that McCulloch County is a dry area, and that appellant made a sale of whisky therein. The court was correct in its judgment, and the same is affirmed.